**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

In re:                                                                                           § Case No. 00-12-32071
    Joseph Franklin Moss Jr.                                                §
    Penny Booker Moss                                                           §
        Debtor(s)                                                                §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Suzanne E. Wade, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on 03/30/2012.

    2) The plan was confirmed on 06/22/2012.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/08/2012, 04/17/2015, 06/14/2016, 10/11/2016.

    4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/08/2015, 05/02/2016, 08/11/2016.

    5) The case was completed on 03/07/2017.

    6) Number of months from filing or conversion to last payment: 60.

    7) Number of months case was pending: 62.

    8) Total value of assets abandoned by court order: NA.

    9) Total value of assets exempted: $73,727.00.

    10) Amount of unsecured claims discharged without full payment: $19,915.24.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 40,431.00 |
| Less amount refunded to debtor | $ | 46.85 |
| **NET RECEIPTS:** | $ | 40,384.15 |

**Expenses of Administration**:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ | 3,050.00 |
| Court Costs | $ | 0.00 |
| Trustee Expenses & Compensation | $ | 2,085.54 |
| Other | $ | 186.36 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $ | 5,321.90 |
| Attorney fees paid and disclosed by debtor: | $ | 200.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Sched. | Claim Asserted | Claim Allowed | Prin. Paid | Int. Paid |
|---|---|---|---|---|---|---|
| TREASURER | Priority | 450.00 | 452.55 | 452.55 | 452.55 | 0.00 |
| SANTANDER CONSUMER USA, INC. | Secured Vehicle | 14652.00 | 14899.50 | 14899.50 | 14899.50 | 1266.85 |
| DELL FINANCIAL SERVICES, L.L.C. | Unsecured | NA | 3728.50 | 3728.50 | 0.00 | 0.00 |
| HENRICO DOCTORS HOSPITAL | Unsecured | NA | 150.00 | 150.00 | 16.02 | 0.00 |
| NATIONSTAR MORTGAGE, LLC | Mrtgage Arrearage | 30000.00 | 29505.08 | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Unsecured | NA | 799.85 | 799.85 | 85.40 | 0.00 |
| RAPPAHANNOCK ELECTRIC COOP | Unsecured | 677.84 | 820.63 | 820.63 | 87.62 | 0.00 |
| MONTGOMERY WARD | Unsecured | 300.00 | 300.70 | 300.70 | 32.11 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3906.00 | 10458.15 | 9752.08 | 9752.08 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 73611.37 | 706.07 | 75.39 | 0.00 |

Creditors continue on next page

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors (Continued):**

| Creditor Name | Class | Claim Sched. | Claim Asserted | Claim Allowed | Prin. Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PHARIA LLC | Unsecured | NA | 588.45 | 588.45 | 62.83 | 0.00 |
| BOLEMAN LAW FIRM, P.L.C. | Other Expense | NA | 102.16 | 102.16 | 102.16 | 0.00 |
| AMERICAN INFOSOURCE as agent for | Unsecured | NA | 645.51 | 645.51 | 68.92 | 0.00 |
| AMERICAN INFOSOURCE as agent for | Unsecured | NA | 448.71 | 448.71 | 47.91 | 0.00 |
| AMERICAN INFOSOURCE as agent for | Unsecured | NA | 1562.00 | 1562.00 | 166.78 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 456.56 | 456.56 | 48.75 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 711.72 | 711.72 | 75.99 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | NA | 870.33 | 870.33 | 92.93 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 8594.83 | 8594.83 | 917.72 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | Unsecured | 1192.00 | 1321.26 | 1321.26 | 141.08 | 0.00 |
| DOMINION VA POWER | Unsecured | NA | 145.06 | 145.06 | 15.49 | 0.00 |
| BOLEMAN LAW FIRM, P.L.C. | Other Expense | NA | 84.20 | 84.20 | 84.20 | 0.00 |
| RIVERSIDE TAPPAHANNOCK HOSPITAL | Unsecured | NA | 1468.63 | 1468.63 | 1468.63 | 0.00 |
| RIVERSIDE TAPPAHANNOCK HOSPITAL | Unsecured | 2191.00 | 1738.00 | 1738.00 | 1738.00 | 0.00 |
| RIVERSIDE REGIONAL MEDICAL CEN | Unsecured | NA | 3549.70 | 3549.70 | 3549.70 | 0.00 |
| BOLEMAN LAW FIRM, P.L.C. | Attorney | 0.00 | 3000.00 | 2800.00 | 2800.00 | 0.00 |
| BOLEMAN LAW FIRM, P.L.C. | Attorney | 0.00 | 250.00 | 250.00 | 250.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 977.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF MARIN | Unsecured | 646.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIFINANCIAL | Unsecured | 18362.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ESURANCE | Unsecured | 336.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KOHLS | Unsecured | 700.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LTD COMMODITIES | Unsecured | 286.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PATIENT FIRST | Unsecured | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RIVERSIDE EMER PHYS | Unsecured | 203.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SWISS COLONY | Unsecured | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VERIZON | Unsecured | 2584.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 14,899.50 | $ 14,899.50 | $ 1,266.85 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 14,899.50 | $ 14,899.50 | $ 1,266.85 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 10,204.63 | $ 10,204.63 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 10,204.63 | $ 10,204.63 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 28,606.51 | $ 8,691.27 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 5,321.90 | |
| Disbursements to Creditors | $ 35,062.25 | |
| **TOTAL DISBURSEMENTS:** | | $ 40,384.15 |

**UST Form 101-13-FR-S (09/01/2009)**

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 05/17/2017        By: /s/Suzanne E. Wade
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**